IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                               CASE NO. 11-CR-60003

RON DAWSON                                                                           DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss Petition for Revocation of Supervised Release. ECF No. 27. The Government states that "based upon a recommendation of the United States Probation Office, the United States believes that prosecution in this proceeding is no longer necessary at this time" and requests that the Petition for Revocation of Supervised Release be dismissed without prejudice. ECF No. 27. Upon consideration, the Court finds that the Government has shown good cause for the motion. Therefore the Government's Motion to Dismiss Petition for Revocation of Supervised Release (ECF No. 27) is hereby **GRANTED**.

**IT IS SO ORDERED**, this 5th day of April, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge